(6)

AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCO POLO CASTENEDA-RAMIREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr846-H

I, MARCO POLO CASTENEDA-RAMIREZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Castaneda Marco Polo Ramirez
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER