# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO POLO CASTANEDA-RAMIREZ,<br><br>　　　　　　　　Defendant. | Criminal Case No. 08CR0846-H<br><br>ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL |

　　No objections having been filed and based on this Court's review of the Magistrate Judge's findings, **IT IS HEREBY ORDERED** that the Findings and Recommendation of the Magistrate Judge on issue of the Defendant's mental competency are adopted and this Court finds the Defendant competent to proceed in this matter.

　　IT IS SO ORDERED.

DATED: December 12, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

08CR0846-H